IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

AMERIPATH, INC., )
)
PLAINTIFF, )
)
V. )  CIVIL ACTION FILE NO.
)  0:10-CV-60766
DR. ROBERT WESLEY WETHERINGTON, )
AN INDIVIDUAL; CHRISTIAN STEVENS, AN )
INDIVIDUAL; AND DOES 1-10, INCLUSIVE, )
)
DEFENDANTS. )

## SUMMARY OF DR. WETHERINGTON'S ATTORNEYS FEES AND NON-TAXABLE EXPENSES AND COSTS

**A.    Troutman Sanders LLP**

| Invoice No. | Date of Service | Attorney's Initials | Hours | Attorneys Fees | Expenses / Costs |
|---|---|---|---|---|---|
| 1278984 | 04/28/10 | CAH | 0.4 | $188.00 | $0.00 |
| 1278984 | 04/29/10 | CAH | 5.0* | $2,350.00 | $0.00 |
| 1278984 | 04/29/10 | KNK | 3.5 | $1,105.00 | $0.00 |
| 1278984 | 04/30/10 | CAH | 2.6* | $1,222.00 | $0.00 |
| 1278984 | 04/30/10 | RG | 0.6 | $297.00 | $0.00 |
| 1278984 | 04/30/10 | KNK | 2.6 | $754.00 | $0.00 |
| 1284450 | 05/03/10 | BVD | 4.0 | $900.00 | $0.00 |
| 1284450 | 05/03/10 | KNK | 5.0 | $1,450.00 | $0.00 |
| 1284450 | 05/04/10 | CAH | 1.2* | $564.00 | $0.00 |
| 1284450 | 05/04/10 | KNK | 2.1 | $609.00 | $0.00 |
| 1284450 | 05/04/10 | KNK | 4.5 | $1,305.00 | $0.00 |
| 1284550 | 05/05/10 | CAH | 3.1* | $1,457.00 | $0.00 |
| 1284450 | 05/05/10 | KNK | 5.0 | $1,450.00 | $0.00 |
| 1284450 | 05/06/10 | CAH | 0.7* | $329.00 | $0.00 |
| 1284450 | 05/06/10 | KNK | 4.8* | $1,392.00 | $0.00 |
| 1284450 | 05/07/10 | KNK | 4.0 | $1,160.00 | $0.00 |
| 1284450 | 05/10/10 | CAH | 2.3* | $1,081.00 | $0.00 |
| 1284550 | 05/10/10 | KNK | 7.5 | $2,175.00 | $0.00 |
| 1284450 | 05/11/10 | BVD | 3.1 | $697.50 | $0.00 |
| 1284450 | 05/11/10 | CAH | 6.7 | $3,149.00 | $0.00 |
| 1284450 | 05/11/10 | KNK | 6.0 | $1,740.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1284450 | 05/11/10 | CWP | 0.8* | $156.00 | $0.00 |
| 1284450 | 05/12/10 | CAH | 1.3* | $611.00 | $0.00 |
| 1284550 | 05/12/10 | KNK | 2.3* | $667.00 | $0.00 |
| 1284450 | 05/13/10 | KNK | 0.9 | $261.00 | $0.00 |
| 1284450 | 05/14/10 | BVD | 2.0 | $450.00 | $0.00 |
| 1284450 | 05/14/10 | KNK | 2.1 | $609.00 | $0.00 |
| 1284450 | 05/17/10 | CAH | 0.5* | $235.00 | $0.00 |
| 1284450 | 05/17/10 | KNK | 0.2 | $58.00 | $0.00 |
| 1284550 | 05/18/10 | BVD | 4.0 | $900.00 | $0.00 |
| 1284450 | 05/19/10 | CAH | 0.2 | $94.00 | $0.00 |
| 1284450 | 05/21/10 | CAH | 0.1 | $47.00 | $0.00 |
| 1284450 | 05/22/10 | BVD | 5.0 | $1,125.00 | $0.00 |
| 1284450 | 05/23/10 | BVD | 3.9 | $877.50 | $0.00 |
| 1284450 | 05/24/10 | CAH | 7.5 | $3,525.00 | $0.00 |
| 1284450 | 05/24/10 | KNK | 3.4 | $986.00 | $0.00 |
| 1284450 | 05/25/10 | BVD | 4.5 | $1,012.50 | $0.00 |
| 1284450 | 05/25/10 | RG | 0.6 | $297.00 | $0.00 |
| 1284450 | 05/25/10 | CAH | 7.5 | $3,525.00 | $0.00 |
| 1284450 | 05/25/10 | KNK | 7.5 | $2,175.00 | $0.00 |
| 1284450 | 05/26/10 | BVD | 2.7 | $607.50 | $0.00 |
| 1284450 | 05/26/10 | CAH | 4.8 | $2,256.00 | $0.00 |
| 1284450 | 05/26/10 | KNK | 5.0 | $1,450.00 | $0.00 |
| 1284450 | 05/27/10 | BVD | 1.6 | $360.00 | $0.00 |
| 1284450 | 05/27/10 | RG | 0.4 | $198.00 | $0.00 |
| 1284450 | 05/27/10 | CAH | 8.0 | $3,760.00 | $0.00 |
| 1284450 | 05/27/10 | KNK | 3.3* | $957.00 | $0.00 |
| 1284450 | 05/28/10 | CAH | 7.5 | $3,525.00 | $0.00 |
| 1284450 | 05/28/10 | KNK | 0.2 | $58.00 | $0.00 |
| 1289915 | 05/28/10 | CAH | N/A | $0.00 | $539.40 |
| 1289915 | 05/28/10 | CAH | N/A | $0.00 | $218.05 |
| 1289915 | 05/28/10 | CAH | N/A | $0.00 | $7.37 |
| 1289915 | 05/28/10 | CAH | N/A | $0.00 | $48.00 |
| 1289915 | 06/07/10 | CAH | 1.9* | $893.00 | $0.00 |
| 1289915 | 06/10/10 | CAH | 2.0* | $940.00 | $0.00 |
| 1296450 | 07/30/10 | CAH | 0.9* | $423.00 | $0.00 |
| 1310769 | 09/02/10 | CAH | 0.2 | $94.00 | $0.00 |
| 1310769 | 09/02/10 | KNK | 0.7* | $203.00 | $0.00 |
| 1310769 | 09/20/10 | BVD | 0.8 | $180.00 | $0.00 |
| 1310769 | 09/20/10 | CAH | 1.0* | $470.00 | $0.00 |
| 1310769 | 09/21/10 | BVD | 1.7 | $382.50 | $0.00 |
| 1310769 | 09/21/10 | CAH | 2.8* | $1,316.00 | $0.00 |
| 1310769 | 09/22/10 | BVD | 3.5 | $787.50 | $0.00 |
| 1310769 | 09/23/10 | BVD | 1.0 | $225.00 | $0.00 |
| 1310769 | 09/23/10 | CAH | 0.8 | $376.00 | $0.00 |

| 1310769 | 09/23/10 | KNK | 0.9 | $261.00 | $0.00 |
|---|---|---|---|---|---|
| 1310769 | 09/24/10 | BVD | 0.5 | $112.50 | $0.00 |
| 1310769 | 09/24/10 | KNK | 1.9 | $551.00 | $0.00 |
| 1310769 | 09/30/10 | CAH | 1.8 | $846.00 | $0.00 |
| 1316150 | 10/01/10 | KNK | 3.2* | $928.00 | $0.00 |
| 1316150 | 10/04/10 | BVD | 0.5 | $112.50 | $0.00 |
| 1316150 | 10/04/10 | CAH | 1.0* | $470.00 | $0.00 |
| 1316150 | 10/04/10 | KNK | 3.5 | $1,015.00 | $0.00 |
| 1316150 | 10/05/10 | CAH | 1.5 | $705.00 | $0.00 |
| 1316150 | 10/05/10 | KNK | 2.2 | $638.00 | $0.00 |
| 1316150 | 10/06/10 | CAH | 2.8* | $1,316.00 | $0.00 |
| 1316150 | 10/06/10 | KNK | 0.6 | $174.00 | $0.00 |
| 1316150 | 10/07/10 | KNK | 0.2 | $58.00 | $0.00 |
| 1316150 | 10/13/10 | CAH | 1.0* | $470.00 | $0.00 |
| 1316150 | 10/14/10 | CAH | 1.7* | $799.00 | $0.00 |

*Time Apportioned to Florida Action

**Total Attorneys Fees for Troutman Sanders: $70,903.00**
**Total Non-Taxable Expenses and Costs: $812.82**

**B.** **Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.**

| Invoice No. | Date of Service | Attorney's Initials | Hours | Attorneys Fees | Expenses / Costs |
|---|---|---|---|---|---|
| 36598 | 04/28/10 | EBJ | 0.40 | $140.00 | $0.00 |
| 36598 | 04/30/10 | EBJ | 1.70 | $595.00 | $0.00 |
| 36598 | 05/05/10 | EBJ | 0.20 | $70.00 | $0.00 |
| 36598 | 05/11/10 | SDA | 0.20 | $70.00 | $0.00 |
| 36598 | 05/11/10 | SDA | 0.30 | $105.00 | $0.00 |
| 36598 | 05/11/10 | SDA | 0.20 | $70.00 | $0.00 |
| 36598 | 05/11/10 | N/A | N/A | $0.00 | $6.00 |
| 36598 | 05/12/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/12/10 | SDA | 0.10 | $35.00 | $0.00 |
| 36598 | 05/12/10 | SDA | 0.10 | $35.00 | $0.00 |
| 36598 | 05/12/10 | N/A | N/A | $0.00 | $5.00 |
| 36598 | 05/12/10 | N/A | N/A | $0.00 | $6.00 |
| 36598 | 05/14/10 | EBJ | 0.20 | $70.00 | $0.00 |
| 36598 | 05/14/10 | EBJ | 0.50 | $175.00 | $0.00 |
| 36598 | 05/14/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/14/10 | EBJ | 0.20 | $70.00 | $0.00 |
| 36598 | 05/14/10 | EBJ | 1.30 | $455.00 | $0.00 |
| 36598 | 05/14/10 | EBJ | 0.20 | $70.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 36598 | 05/14/10 | SDA | 0.20 | $70.00 | $0.00 |
| 36598 | 05/17/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/19/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/19/10 | EBJ | 0.20 | $70.00 | $0.00 |
| 36598 | 05/19/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/20/10 | EBJ | 0.40 | $140.00 | $0.00 |
| 36598 | 05/20/10 | EBJ | 0.30 | $105.00 | $0.00 |
| 36598 | 05/21/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/24/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/24/10 | SDA | 0.60 | $210.00 | $0.00 |
| 36598 | 05/24/10 | SDA | 0.50 | $175.00 | $0.00 |
| 36598 | 05/24/10 | SDA | 0.20 | $70.00 | $0.00 |
| 36598 | 05/24/10 | SDA | 0.20 | $70.00 | $0.00 |
| 36598 | 05/24/10 | SDA | 0.30 | $105.00 | $0.00 |
| 36598 | 05/25/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/25/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/25/10 | EBJ | 2.50 | $875.00 | $0.00 |
| 36598 | 05/26/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/26/10 | EBJ | 0.20 | $70.00 | $0.00 |
| 36598 | 05/26/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/26/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/26/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/26/10 | SDA | 0.10 | $35.00 | $0.00 |
| 36598 | 05/26/10 | SDA | 0.10 | $35.00 | $0.00 |
| 36598 | 05/27/10 | EBJ | 1.50 | $525.00 | $0.00 |
| 36598 | 05/27/10 | EBJ | 0.20 | $70.00 | $0.00 |
| 36598 | 05/27/10 | EBJ | 0.40 | $140.00 | $0.00 |
| 36598 | 05/28/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/28/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/28/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36598 | 05/28/10 | SDA | 1.10 | $385.00 | $0.00 |
| 36598 | 05/28/10 | SDA | 4.90 | $1,715.00 | $0.00 |
| 36598 | 05/31/10 | N/A | N/A | $0.00 | $406.35 |
| 36598 | 05/31/10 | N/A | N/A | $0.00 | $18.00 |
| 36755 | 06/02/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36755 | 06/04/10 | N/A | N/A | $0.00 | $18.00 |
| 36755 | 06/07/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36755 | 06/07/10 | EBJ | 0.30 | $105.00 | $0.00 |
| 36755 | 06/08/10 | EBJ | 0.20 | $70.00 | $0.00 |
| 36755 | 06/08/10 | EBJ | 0.30 | $105.00 | $0.00 |
| 36755 | 06/08/10 | SDA | 0.20 | $70.00 | $0.00 |
| 36755 | 06/08/10 | SDA | 0.10 | $35.00 | $0.00 |
| 36755 | 06/08/10 | SDA | 0.20 | $70.00 | $0.00 |
| 36755 | 06/09/10 | EBJ | 0.10 | $35.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 36755 | 06/09/10 | EBJ | 0.20 | $70.00 | $0.00 |
| 36755 | 06/10/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36755 | 06/10/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36755 | 06/11/10 | EBJ | 0.20 | $70.00 | $0.00 |
| 36755 | 06/22/10 | EBJ | 0.10 | $35.00 | $0.00 |
| 36755 | 06/23/10 | N/A | N/A | $0.00 | $10.50 |
| 36755 | 06/23/10 | N/A | N/A | $0.00 | $0.44 |

**Total Attorneys Fees for Johnson Anselmo: $8,190.00**
**Total Non-Taxable Expenses and Costs: $470.29**

**C.      Combined Totals:**

      **1.      Attorneys Fees**

         **Troutman Sanders      $70,903.00**

         **Johnson Anselmo      $8,190.00**

            **TOTAL      $79,093.00**

      **2.      Non-Taxable Expenses and Costs**

         **Troutman Sanders      $812.82**

         **Johnson Anselmo      $470.29**

            **TOTAL      $1,283.11**

      **3.      Aggregate Amount of all Fees, Expenses and Costs**

         **Attorneys Fees      $79,093.00**

         **Expenses / Costs      $1,283.11**

            **TOTAL      $80,376.11**

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID No. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Wesley Wetherington, M.D.
Attn: Wesley Wetherington, M.D.

| | |
|---|---|
| Invoice Date | 05/19/10 |
| Submitted by | M M Wilson |
| Direct Dial | 404-885-3338 |
| Invoice No. | 1278984 |
| File No. | 234986 |

**RE: Current Invoice for Period Ending 04/30/10**

# REDACTED

Troutman Sanders LLP
ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Quest/Ameripath Contract Dispute

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/19/10
Invoice Number 1278984
File No. 234986.000001
Page 3

Wesley Wetherington, M.D.

Quest/Ameripath Contract Dispute

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 04/29/10 | KNK | Strategy conference with Charlie Hawkins regarding Florida complaint and next steps; review and analyze complaint and begin researching and analyzing case law addressing florida's long arm statute and personal jurisdiction | 3.5 | 1,015.00 |
| 04/30/10 | RG | Conference with Charlie Hawkins regarding awaiting additional filings in Broward Circuit Court before removing case | 0.6 | 297.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 05/19/10
Invoice Number 1278984
File No. 234986.000001
Page 4

Wesley Wetherington, M.D.

Quest/Ameripath Contract Dispute

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | REDACTED | | |
| 04/30/10 | KNK | Conference with Charlie Hawkins regarding drafting motion to dismiss florida complaint and, in the alternative, motion to transfer; research and analyze relevant case law addressing transferring venue | 2.6 | 754.00 |

Totals

**TIMEKEEPER TIME SUMMARY THROUGH 04/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| RG | Gerakitis | | 495.00 | |
| KNK | Klein | | 290.00 | |
| CWP | Pruiett | | 195.00 | |

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 05/19/10
Invoice Number 1278984
File No. 234986.000002
Page 5

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S  A T  L A W

Invoice Date 05/19/10
Invoice Number 1278984
File No. 234986.000002
Page 6

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 04/28/10 | CAH | Telephone conferences with client regarding service of lawsuit in Florida | 0.4 | 188.00 |
| 04/29/10 | CAH | Review Complaint, Motion for Temporary Injunction and related filings; meet with Kristina Klein and Brandon Dhande regarding removal issues and seeking dismissal for lack of personal jurisdiction review draft of notice of removal; telephone conferences with Bruce Johnson regarding serving as local counsel; several telephone conferences with Wesley Wetherington regarding recent developments; telephone conferences and e-mails with counsel for Christian Stevens; REDACTED | 5.5 | 2,585.00 |
| 04/30/10 | CAH | REDACTED ; review research on amount in controversy for removal purposes and discuss alternative ways of establishing same with Brandon Dhande; discuss case status with Marty Wilson; | 6.0 | 2,820.00 |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

## FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/10

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
|      |      | communications with local counsel regarding timing of removal and risk associated with delaying same, review correspondence from Ron Coleman claiming in part that termination date is July 30 rather than June 30; review contract and correspondence in connection with this issue; related correspondence with Wesley Wetherington | | |
|      |      | Totals | | |

## TIMEKEEPER TIME SUMMARY THROUGH 04/30/10

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| CAH | Ha      wkins | | 470.00 | |
| KNK | Klein | | 290.00 | |

REDACTED

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Wesley Wetherington, M.D.
Attn: Wesley Wetherington, M.D.

| | |
|---|---|
| Invoice Date | 06/17/10 |
| Submitted by | M M Wilson |
| Direct Dial | 404-885-3338 |
| Invoice No. | 1284450 |
| File No. | 234986.000002 |

Fees for Professional Services Rendered Through 05/31/10

# REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 06/17/10
Invoice Number 1284450
File No. 234986.000002
Page 2

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/03/10 | BVD | Draft Wetherington affidavit, research amount in controversy basis for removal; draft notice of removal | 4.0 | 900.00 |

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/03/10 | KNK | Email correspondence with client regarding contacts with Florida; continue researching relevant case law regarding general jurisdiction under Florida's long arm statute; begin drafting Wetherington's motion to dismiss for lack of personal jurisdiction | 5.0 | 1,450.00 |
| 05/04/10 | BVD | Draft Wetherington affidavit; draft notice of removal | 0.0 | 0.00 |
| 05/04/10 | CAH | REDACTED | 3.5 | 1,645.00 |

; revise affidavit needed to support removal papers; discussion with Brandon Dhande

## REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/04/10 | KNK | Research and analyze case law regarding transferring venue and staying proceedings; begin drafting joint motion to transfer venue and stay proceedings | 2.1 | 609.00 |
| 05/04/10 | KNK | Continue drafting motion to dismiss for lack of personal jurisdiction; complete first draft and submit to Charlie Hawkins for review | 4.5 | 1,305.00 |
| 05/05/10 | BVD | Meeting with Charlie Hawkins to discuss notice of removal; research permissive joinder in amended complaint as a matter of right | 0.0 | 0.00 |
| 05/05/10 | CAH | REDACTED     ; telephone conference and e-mail with Ron Coleman regarding setting of hearing in state court action on May 12; review compensation information provided by Dr. Wetherington; further revisions | 4.2 | 1,974.00 |

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | to Wetherington affidavit to address minimum amount in controversy issue; meet with Kristina Klein to discuss strategy for removal and filing motion to dismiss and to transfer/stay in Florida action upon removal; strategy conferences with Matt Schwartz to coordinate efforts in connection with same | | |
| | | REDACTED | | |
| 05/05/10 | KNK | Continue drafting joint motion to transfer venue or stay proceedings; research and analyze case law regarding 1404(a) factors for consideration in motion to transfer; continue drafting brief in support of motion to transfer venue; strategy conference with Charlie Hawkins regarding same | 5.0 | 1,450.00 |

## REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 05/06/10 | CAH | Review and revise draft of motion to dismiss for lack of personal jurisdiction; REDACTED | 1.4 | 658.00 |
| 05/06/10 | KNK | Continue drafting brief in support of motion to transfer venue; research and analyze case law regarding staying proceedings; strategy conference regarding whether Stevens should join or consent to motion to transfer or file pro se; REDACTED | 6.5 | 1,885.00 |
| | | ; finalize first draft of motion to dismiss and submit to Charlie Hawkins for review and to provide to counsel for Stevens | | |

## REDACTED

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | REDACTED | | |
| 05/07/10 | KNK | Strategy conference with Matt Schwartz and Charlie Hawkins regarding whether to consent to motion for transfer, file pro se and overall strategy regarding Florida Action; locate and send Bakotic pleadings and Judge Batten's order on venue; research forum selection clause impact on 1404(a) analysis and incorporate arguments regarding same in motion to transfer venue; continue draft of motion to transfer venue, or in the alternative, stay proceedings and memorandum of law in support and submit drafts to Matt Schwarts to review and secure Stevens' consent; begin drafting affidavits in support of dismissal motion and transfer motion | 4.0 | 1,160.00 |
| | | REDACTED | | |
| 05/10/10 | CAH | Telephone conference with Jon Rosenthal and Ron Coleman regarding potential removal of case; correspondence requesting stipulation that there is at least $75,000 in controversy; review and revise exhibits and affidavits to support motion to dismiss and motion to transfer/stay to be filed in Florida Action at same time as notice of removal; revise notice of removal; REDACTED | 4.0 | 1,880.00 |
| 05/10/10 | KNK | Receive Matt Schwartz' edits and revisions and incorporate same into transfer motion; continue researching and analyzing case law to support dismissal motion and transfer motion; complete drafts of Wetherington Affidavit in support of dismissal and Wetherington Affidavit in support of venue transfer; correspondence with Matt Schwartz to secure Affidavit from Stevens for venue transfer; meet with Dr. Wetherington to review draft affidavits, edit and revise same and have Dr. Wetherington execute and notarize; incorporate citations to affidavits in dismissal motion and transfer motion; review final draft of amended complaint and assist with filing in Georgia Action | 7.5 | 2,175.00 |
| | | REDACTED | | |

T<small>ROUTMAN</small> S<small>ANDERS</small> LLP
A T T O R N E Y S   A T   L A W

Wesley Wetherington, M.D.

Complaint for declaratory judgment


**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/11/10 | BVD | Prepare affidavits to support  notice of removal; final drafting and filing of notice of removal; file notice of removal | 3.1 | 697.50 |
| 05/11/10 | CAH | Revise and finalize notice of removal, motion to dismiss for lack of personal jurisdiction and motion to transfer/stay Florida action; related correspondence and telephone conferences with local counsel and Matthew Schwartz; correspondence to Jon Rosenthal forwarding filings | 6.7 | 3,149.00 |
| 05/11/10 | KNK | Assist with filing removal to federal court in Florida; meet with Stevens and receive Stevens' Affidavit, incorporate citations to his Affidavit for transfer motion; call to clerk regarding supplemental filings; finalize motion to dismiss and exhibits attached thereto; submit to Hawkins for review; incorporate Hawkins' edits, final proof and file with Southern District of Florida; finalize motion to transfer venue or in the alternative stay proceedings; submit to Hawkins for review and incorporate his edits; final proof of same and file with Southern District of Florida | 6.0 | 1,740.00 |
| 05/11/10 | CWP | REDACTED<br><br>; prepare Affidavit for myself in connection with the registration information of AmeriPath found on the Secretary of State website to attach to Notice of Removal and Plaintiff's Opposition to Motion to Dismiss; REDACTED | 1.9 | 370.50 |
| 05/12/10 | BVD | Plan response to emergency motion for temporary restraining order; calculate response time for motion for TRO | 0.0 | 0.00 |
| 05/12/10 | CAH | Telephone conference with Ron Coleman regarding scheduling issues; prepare letter requesting that no hearings be scheduled in my absence; discuss key elements of opposition brief to motion for preliminary injunction (Florida action)   REDACTED<br>                              with Kristina Klein and<br>Brandon Dhande | 1.5 | 705.00 |
| 05/12/10 | KNK | Analyze AmeriPath's motion for temporary injunction in the Florida Action; strategy conference with Charlie Hawkins and Brandon Dhande to discuss organizing response to AmeriPath's motion in the Florida Action; strategy conference with Charlie Hawkins to discuss procedural next steps;                              REDACTED | 3.6 | 1,044.00 |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | ; assist Stevens' counsel in securing local counsel in Florida for purposes of filing a responsive pleading and avoiding default judgment | | |
| | | REDACTED | | |
| 05/13/10 | KNK | Review AmeriPath's emergency motion requesting an immediate hearing on its motion for a temporary restraining order and expedited discovery | 0.9 | 261.00 |
| 05/14/10 | BVD | Review judge's order denying temporary restraining order; outline opposition to motion for temporary injunction | 2.0 | 450.00 |
| 05/14/10 | KNK | Review AmeriPath's motion for immediate TRO, and Court orders setting scheduling conference and calendar call; email same to Dr. Wetherington; call with Dr. Wetherington to discuss AmeriPath's motion for immediate TRO and next steps; email with Charlie Hawkins and Florida counsel to discuss strategy in responding to AmeriPath's motion for immediate TRO, begin outlining same; receive and review Judge's order denying AmeriPath's motion for immediate TRO and setting expedited briefing schedule and setting hearing for Dr. Wetherington's motion to dismiss and transfer and AmeriPath's motion for an injunction | 2.1 | 609.00 |
| | | REDACTED | | |
| 05/16/10 | BVD | Draft opposition to AmeriPath's motion for preliminary injunction in the Florida Action | 0.0 | 0.00 |
| 05/17/10 | CAH | Review order setting expedited briefing schedule; REDACTED planning for preliminary injunction hearing in Fort Lauderdale on 5/28/2010 | 0.7 | 329.00 |
| 05/17/10 | KNK | Email correspondence with Charlie Hawkins regarding strategy in light of briefing schedule and hearing in Florida; REDACTED | 4.0 | 1,160.00 |

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/18/10 | BVD | Research fiduciary duty and restrictive covenant law; research cases to support opposition to motion for preliminary injunction; research likelihood of success on the merits argument | 4.0 | 900.00 |

REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/19/10 | BVD | Draft opposition to motion for preliminary injunction | 0.0 | 0.00 |
| 05/19/10 | CAH | Correspondence to local counsel regarding staffing for scheduling conference before Magistrate Seltzer | 0.2 | 94.00 |
| 05/20/10 | BVD | Draft response to motion for temporary injunction in the Florida Action; research issues of fiduciary duty and duty of loyalty; research standard for preliminary injunction; REDACTED | 0.0 | 0.00 |

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/21/10 | BVD | Draft opposition to motion for temporary injunction | 0.0 | 0.00 |
| 05/21/10 | CAH | E-mail to Jon Rosenthal confirming time for telephonic scheduling conference | 0.1 | 47.00 |
| 05/22/10 | BVD | Draft opposition to motion for temporary injunction; research standard for irreparable injury | 5.0 | 1,125.00 |
| 05/23/10 | BVD | Draft response in opposition to AmeriPath's motion for temporary injunction | 3.9 | 877.50 |
| 05/23/10 | KNK | Review draft of response in opposition to TI Motion, provide suggested reviews and email Hawkins and Dhande with | 0.0 | 0.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 06/17/10
Invoice Number 1284450
File No. 234986.000002
Page 8

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| | | comments regarding same | | |

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 05/24/10 | CAH | Review and revise draft of opposition to motion for preliminary injunction; telephone conference with Chuck Dillehay regarding e-mail stating that Wetherington was no longer an employee; draft declaration for Mr. Dillehay regarding same; prepare affidavit authenticating correspondence among counsel for use in opposition to preliminary injunction motion; participate in scheduling conference with counsel in the Florida action; revise proposed scheduling order | 7.5 | 3,525.00 |
| 05/24/10 | KNK | Strategy conference with Charlie Hawkins regarding filing Opposition to TI Motion in Florida Action; review Dhande draft and revise argument section | 3.4 | 986.00 |
| 05/25/10 | BVD | Research AmeriPath's alleged lack of adequate remedy at law; draft Dr. Wetherington's affidavit to include as an exhibit to opposition brief | 4.5 | 1,012.50 |
| 05/25/10 | RG | Conference with Charlie Hawkins regarding upcoming hearing for preliminary injunction and procedural impact of state or federal law | 0.6 | 297.00 |
| 05/25/10 | CAH | Revise and finalize brief in opposition to motion for preliminary injunction and related supporting exhibits; meet with Dr. Wetherington to revise and finalize affidavit in support of same | 7.5 | 3,525.00 |
| 05/25/10 | KNK | Continue drafting response in opposition to AmeriPath's TI Motion; research and incorporate additional federal law; edit and revise facts and incorporate persuasive headings; pull together and prepare exhibits for filing; incorporate and proof all record and legal citations; final proof of response brief and file same in the Southern District of Florida | 7.5 | 2,175.00 |
| 05/26/10 | BVD | Research case loads in Northern District of Georgia and Southern District of Florida in response to trial efficiency argument made by Ameripath; research standard to establish minimum contacts in Florida for purposes of personal jurisdiction | 2.7 | 607.50 |
| 05/26/10 | CAH | Review AmeriPath's briefs in opposition to our motions to dismiss and to transfer/stay; research regarding cases cited in same; prepare notebooks containing relevant materials for use at hearing on 5/28/2010 | 4.8 | 2,256.00 |

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 05/26/10 | KNK | Review AmeriPath's responses in opposition to Dr. Wetherington's motion to dismiss and motion to transfer/stay; research AmeriPath's cited cases; draft notice of filing and file Batten decisions in Bakotic case with Florida court; pull and highlight key cases for hearing prep binders; draft table of factors considered in motion to transfer context to include in binder | 5.0 | 1,450.00 |
| 05/27/10 | BVD | Research whether AmeriPath can claim specific personal jurisdiction in Florida if it only argued general jurisdiction in the Complaint | 1.6 | 360.00 |
| 05/27/10 | RG | Conference with Charlie Hawkins regarding motion practice by AmeriPath filing renewed motion | 0.4 | 198.00 |
| 05/27/10 | CAH | Prepare for hearing in Ft. Lauderdale on motion to transfer venue/stay, motion to dismiss for lack of personal jurisidiction and motion for preliminary injunction | 8.0 | 3,760.00 |
| 05/27/10 | KNK | REDACTED ; review and analyze AmeriPath's tort-based argument in support of jurisdiction in the Florida Action, research case law regarding same; continue preparing hearing binders for Charlie Hawkins with all key cases included | 4.8 | 1,392.00 |
| 05/28/10 | BVD | Research case law in preparation for preliminary injunction hearing | 0.0 | 0.00 |
| 05/28/10 | CAH | Further preparation for hearing on pending motions; participate in same; telephone conferences and e-mails regarding same with Dr. Wetherington, Matthew Schwartz, Kristina Klein and Brandon Dhande | 7.5 | 3,525.00 |
| 05/28/10 | KNK | Post-hearing correspondence with Charlie Hawkins to discuss strategy in Florida Action; REDACTED | 1.4 | 406.00 |

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|

# REDACTED

Totals

**TIMEKEEPER TIME SUMMARY THROUGH 05/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| BVD | Dhande | | 225.00 | |
| RG | Gerakitis | REDACTED | 495.00 | REDACTED |
| CAH | Hawkins | | 470.00 | |
| KNK | Klein | | 290.00 | |
| CWP | Pruiett | | 195.00 | |

**FOR COSTS AND EXPENSES INCURRED THROUGH 05/31/10**

| Date | Description | Amount |
|------|-------------|--------|
| 05/12/10 | Filing Fees | 350.00 |

Total:

Total Fees & Costs:        REDACTED

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | |
|---|---|
| Wesley Wetherington, M.D. | |
| Attn: Wesley Wetherington, M.D. | |

| | |
|---|---|
| Invoice Date | 07/15/10 |
| Submitted by | M M Wilson |
| Direct Dial | 404-885-3338 |
| Invoice No. | 1289915 |
| File No. | 234986.000002 |

Fees for Professional Services Rendered Through 06/30/10

# REDACTED

IN ACCOUNT WITH

T<small>ROUTMAN</small> S<small>ANDERS</small> LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/15/10
Invoice Number 1289915
File No. 234986.000002
Page 2

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|

# REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/15/10
Invoice Number 1289915
File No. 234986.000002
Page 3

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 06/07/10 | CAH | Review transcript from May 28 hearing in Fort Lauderdale; REDACTED | 3.8 | 1,786.00 |
| | | ; review supplemental brief filed in Florida action on issue of first-filed rule | | |

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 06/10/10 | CAH | REDACTED ; review order staying Florida action; telephone conference with Wesley Wetherington regarding same; related e-mails to Dr. Wetherington, local counsel in Fort Lauderdale and counsel for Christian Stevens | 2.8 | 1,316.00 |

# REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/15/10
Invoice Number 1289915
File No. 234986.000002
Page 4

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
| --- | --- | --- | --- | --- |

# REDACTED

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|

# REDACTED

Totals

**TIMEKEEPER TIME SUMMARY THROUGH 06/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| BVD | Dhande | | 225.00 | |
| CAH | Hawkins | REDACTED | 470.00 | REDACTED |
| KNK | Klein | | 290.00 | |

IN ACCOUNT WITH

T<small>ROUTMAN</small> S<small>ANDERS</small> LLP
A T T O R N E Y S   A T   L A W

Invoice Date 07/15/10
Invoice Number 1289915
File No. 234986.000002
Page 6

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/10**

| Date | Description | Amount |
|------|-------------|--------|
| 06/14/10 | Airfare Costs – VENDOR: Hawkins, Charlie A.; INVOICE#: 061410HAWKINS; DATE: 6/14/2010  - 05/27-28 travel to Fort Lauderdale for hearing on 05/28, USDC, SD FLA | 539.40 |

REDACTED

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/10**

| Date | Description | Amount |
| --- | --- | --- |

REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/15/10
Invoice Number 1289915
File No. 234986.000002
Page 8

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/10**

| Date | Description | Amount |
| --- | --- | --- |

# REDACTED

## TROUTMAN SANDERS LLP
### ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/10**

| Date | Description | Amount |
|------|-------------|--------|

# REDACTED

| Date | Description | Amount |
|------|-------------|--------|
| 06/14/10 | Hotel – VENDOR: Hawkins, Charlie A.; INVOICE#: 061410HAWKINS; DATE: 6/14/2010  -  05/27-28 travel to Fort Lauderdale for hearing on 05/28, USDC, SD FLA | 218.05 |
| 06/14/10 | Meals and Entertainment – VENDOR: Hawkins, Charlie A.; INVOICE#: 061410HAWKINS; DATE: 6/14/2010 - 05/27-28 travel to Fort Lauderdale for hearing on 05/28, USDC, SD FLA | 7.37 |
| 06/14/10 | Taxi/Train/Parking – VENDOR: Hawkins, Charlie A.; INVOICE#: 061410HAWKINS; DATE: 6/14/2010 - 05/27-28 travel to Fort Lauderdale for hearing on 05/28, USDC, SD FLA | 48.00 |
| 06/02/10 | Transcript Cost – PAYEE: Nestor Court Reporting; REQUEST#: 306964; DATE: 6/2/2010. Transcript of hearing fo 5/28/10 | 666.00 |

Total:   REDACTED

Total Fees & Costs:   REDACTED

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

| | | |
|---|---|---|
| Wesley Wetherington, M.D. | Invoice Date | 08/17/10 |
| Attn: Wesley Wetherington, M.D. | Submitted by | M M Wilson |
| | Direct Dial | 404-885-3338 |
| | Invoice No. | 1296450 |
| | File No. | 234986.000002 |

Fees for Professional Services Rendered Through 07/31/10

# REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/17/10
Invoice Number 1296450
File No. 234986.000002
Page 2

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
| --- | --- | --- | --- | --- |

REDACTED

IN ACCOUNT WITH

T<small>ROUTMAN</small> S<small>ANDERS</small> LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/17/10
Invoice Number 1296450
File No. 234986.000002
Page 3

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
| --- | --- | --- | --- | --- |

# REDACTED

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 08/17/10
Invoice Number 1296450
File No. 234986.000002
Page 4

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 07/30/10 | CAH | REDACTED correspondence to opposing counsel regarding status of Florida litigation and to obtain copies of their recent filings, review proposed temporary restraining order in Florida action, correspondence to local counsel regarding same | 1.2 | 564.00 |

Totals

**TIMEKEEPER TIME SUMMARY THROUGH 07/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| CAH | Hawkins | | 470.00 | REDACTED |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Wesley Wetherington, M.D.
Attn: Wesley Wetherington, M.D.

| | |
|---|---|
| Invoice Date | 10/20/10 |
| Submitted by | M M Wilson |
| Direct Dial | 404-885-3338 |
| Invoice No. | 1310769 |
| File No. | 234986.000002 |

Fees for Professional Services Rendered Through 09/30/10

# REDACTED

Troutman Sanders LLP
ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | REDACTED | | |
| 09/02/10 | CAH | Telephone conference with Kristina Klein regarding request to extend scheduling order deadline for amending pleadings in Florida action | 0.2 | 94.00 |
| 09/02/10 | KNK | Communications with opposing counsel regarding REDACTED amending pleadings in the Florida action; review AmeriPath's draft motion and order requesting extension to amend pleadings and email thoughts to Charlie Hawkins regarding same | 1.1 | 319.00 |

REDACTED

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 09/20/10 | BVD | Review AmeriPath's proposed amended complaint and research cases on the conspiracy theory of jurisdiction in Florida | 0.8 | 180.00 |
| 09/20/10 | CAH | Review Motion for Leave to Amend in SDFL and proposed Amended Complaint; discuss with Brandon Dhande; REDACTED | 1.6 | 752.00 |
| 09/21/10 | BVD | Meet with Charlie Hawkins to discuss AmeriPath's motion for leave to amend Florida complaint; research whether Skinpath has sufficient minimum contacts with Florida to establish personal jurisdiction | 1.7 | 382.50 |
| 09/21/10 | CAH | Review transcript of August 26 hearing in SDFL; telephone call to Tammy Nestor (court reporter) regarding exhibits offered into evidence; correspondence to Ron Coleman requesting copies of same          REDACTED ; correspondence to Wesley Wetherington regarding motion to add Skinpath in Florida action; review motion filed | 3.2 | 1,504.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 10/20/10
Invoice Number 1310769
File No. 234986.000002
Page 4

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| | | by Harriet Lewis to withdraw from representing Christian Stevens; review proposed order on Motion to Amend to add SkinPath in SDFL | | |
| 09/22/10 | BVD | Research whether Skinpath has sufficient minimum contacts with Florida to establish personal jurisdiction; draft memo to Charlie Hawkins regarding personal jurisdiction issues | 3.5 | 787.50 |
| 09/23/10 | BVD | Research and outline response to AmeriPath's motion for leave to amend Florida complaint | 1.0 | 225.00 |
| 09/23/10 | CAH | Review outline of response to Motion to Add Skinpath; discuss with Kristina Klein and Brandon Dhande | 0.8 | 376.00 |
| 09/23/10 | KNK | Review and analyze AmeriPath's motion to amend complaint to add Skinpath to Florida action and Brandon Dhande's outline for the response; email correspondence with Charlie Hawkins regarding same | 0.9 | 261.00 |
| 09/24/10 | BVD | Discuss case status with Kristie Klein; calculate due date of response to AmeriPath's motion for leave to amend complaint | 0.5 | 112.50 |
| | | REDACTED | | |
| 09/24/10 | KNK | Strategy conference with Charlie Hawkins regarding responding to AmeriPath's motion to amend complaint and add Skinpath as a party in Florida action; research and analyze case law regarding same | 1.9 | 551.00 |

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 09/30/10 | CAH | Telephone conference with Matthew Schwartz regarding developments in Florida and withdrawal of Harriet Lewis; further review of Motion to Amend to add Skinpath as a party in SDFL action; conference with Kristie Klein regarding drafting brief in opposition to same | 1.8 | 846.00 |

Totals          REDACTED

IN ACCOUNT WITH

Troutman Sanders LLP
A T T O R N E Y S  A T  L A W

Invoice Date 10/20/10
Invoice Number 1310769
File No. 234986.000002
Page 5

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**TIMEKEEPER TIME SUMMARY THROUGH 09/30/10**

| Initials | Name | Hours | Rate | Amount |
|----------|------|-------|------|--------|
| BVD | Dhande | | 225.00 | |
| CAH | Hawkins | REDACTED | 470.00 | REDACTED |
| KNK | Klein | | 290.00 | |

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP
FEDERAL ID NO. 58-0946915

BILLING INQUIRIES:
404-885-2508

**Payment Remittance Address**
Troutman Sanders LLP
P.O. Box 933652
Atlanta, Georgia 31193-3652

**Office Address**
600 Peachtree Street, NE
Suite 5200
Atlanta, GA 30308-2216

Wesley Wetherington, M.D.
Attn: Wesley Wetherington, M.D.

| | |
|---|---|
| Invoice Date | 11/15/10 |
| Submitted by | M M Wilson |
| Direct Dial | 404-885-3338 |
| Invoice No. | 1316150 |
| File No. | 234986.000002 |

Fees for Professional Services Rendered Through 10/31/10

# REDACTED

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
| 10/01/10 | KNK | REDACTED research and analyze case law denying motions for leave to amend complaint because of bad faith, dilatory motive or futility; begin drafting response in opposition to AmeriPath's motion to add SkinPath as a party defendant in the Florida Action | 4.0 | 1,160.00 |
| 10/04/10 | BVD | Review response to AmeriPath's motion for leave to amend | 0.5 | 112.50 |
| 10/04/10 | CAH | REDACTED review draft of brief in opposition to motion to add SkinPath as a party in Florida action; REDACTED | 1.5 | 705.00 |
| 10/04/10 | KNK | Continue drafting response in opposition to AmeriPath's motion to amend complaint to add SkinPath as a defendant in the florida action; research and analyze case law denying a motion to amend complaint for futility and/or bad faith; receive and review AmeriPath's discovery requests in the Georgia action which reference SkinPath to support argument that AmeriPath is already litigating against SkinPath in Georgia; pull together exhibits to be included with opposition; submit draft of response to Charlie Hawkins for review | 3.5 | 1,015.00 |
| 10/05/10 | CAH | Review and revise draft of brief in opposition to AmeriPath's Motion to Add SkinPath as a party in South Florida action | 1.5 | 705.00 |
| 10/05/10 | KNK | Edit and revise Response to Motion for Leave to Amend Complaint and submit to Charlie Hawkins for review | 2.2 | 638.00 |
| 10/06/10 | CAH | Revise and finalize brief in opposition to AmeriPath's Motion to Add SkinPath as a party in South Florida action; related correspondence to Matthew Schwartz; REDACTED | 3.4 | 1,598.00 |
| 10/06/10 | KNK | Final edits and revisions of Response in Opposition to AmeriPath's Motion to Amend Complaint; submit same to Stevens' counsel to file | 0.6 | 174.00 |

# REDACTED

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/07/10 | KNK | Review Florida Judge's sua sponte order regarding the status of AmeriPath's case against Dr. Wetherington following the stay; conference with Charlie Hawkins regarding same | 0.2 | 58.00 |

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/13/10 | CAH | REDACTED       correspondence to Ron Coleman regarding withdrawal of discovery served in South Florida lawsuit; REDACTED | 2.6 | 1,222.00 |

# REDACTED

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|
| 10/14/10 | CAH | Telephone conferences with Ron Coleman regarding outstanding issues and discovery in Florida action; review AmeriPath Status report and brief in further support of motion to add SkinPath and lift stay as to Dr. Wetherington; | 1.9 | 893.00 |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Invoice Date 11/15/10
Invoice Number 1316150
File No. 234986.000002
Page 4

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|
|      |      | REDACTED                      |       |        |

REDACTED

Tʀᴏᴜᴛᴍᴀɴ Sᴀɴᴅᴇʀs LLP
A T T O R N E Y S   A T   L A W

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|

REDACTED

TROUTMAN SANDERS LLP
A T T O R N E Y S   A T   L A W

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|------------------------------|-------|--------|

# REDACTED

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Wesley Wetherington, M.D.

Complaint for declaratory judgment

**FEES FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/10**

| Date | Init | Description of Work Performed | Hours | Amount |
|------|------|-------------------------------|-------|--------|

Totals

**TIMEKEEPER TIME SUMMARY THROUGH 10/31/10**

| Initials | Name | Hours | Rate | Amount |
|----------|---------|----------|--------|----------|
| BVD | Dhande | | 225.00 | |
| CLG | Glass | | 185.00 | |
| CAH | Hawkins | REDACTED | 470.00 | REDACTED |
| KNK | Klein | | 290.00 | |
| CWP | Pruiett | | 195.00 | |

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 11/15/10
Invoice Number 1316150
File No. 234986.000002
Page 8

Wesley Wetherington, M.D.

Complaint for declaratory judgment

---

REDACTED

# Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 E. Sunrise Blvd.
Suite #1000
Fort Lauderdale, Florida 33304
Tax I.D.#: 65-0220140

June 04, 2010

Billed Through      05/31/2010

Invoice          36598     /     EBJ        30154        30154

Charlie Hawkins, Esquire
Troutman Sanders LLP
600 Peachtree Street
NE Suite 5200
Atlanta, GA  30308

**Regarding:**
AmeriPath, Inc. vs. Dr. Robert Weatherington, Christian Stevens and Does 1-10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/28/2010 | EBJ | Receipt and study of correspondence from Charlie Hawkins and Carla Pruiett, telephone conference with Charlie Hawkins | 0.40 |
| 04/30/2010 | EBJ | Receipt and study of correspondence from Charlie Hawkins, initial review of complaint and Motion for Injunction filed by Ameripath, Inc., telephone conference with Mr. Hawkins concerning removal to federal court | 1.70 |
| 05/05/2010 | EBJ | Telephone conference with Charlie Hawkins, memo to file | 0.20 |
| 05/11/2010 | SDA | Telephone conference with Charlie Hawkins, Atlanta attorney, regarding removal of case prior to hearing; memo to file | 0.20 |
| 05/11/2010 | SDA | Telephone conference concerning proposed State Court removal documents | 0.30 |
| 05/11/2010 | SDA | Receipt and review of correspondence from Hawkins regarding delivering removal documents | 0.20 |
| 05/12/2010 | EBJ | Receipt and review correspondence from Charlie Hawkins | 0.10 |
| 05/12/2010 | SDA | Receipt and review of correspondence regarding referral of local counsel for defendant, Stevens | 0.10 |
| 05/12/2010 | SDA | Letter to Stevens' counsel referring to Harriet Lewis | 0.10 |
| 05/14/2010 | EBJ | Receipt and review of Court's Order Denying Plaintiff's Request for Temporary Restraining Order and Setting Hearing and Expedited Briefing Schedule on Pending Motions | 0.20 |
| 05/14/2010 | EBJ | Receipt and review of Plaintiff's Motion for Immediate Temporary Restraining Order | 0.50 |

| 05/14/2010 | EBJ | Receipt and review of Order Setting Scheduling Conference | 0.10 |
|---|---|---|---|
| 05/14/2010 | EBJ | Receipt and review of Order Setting Calendar Call and Trial Date | 0.20 |
| 05/14/2010 | EBJ | Receipt and study of Plaintiff's Motion for Immediate Temporary Restraining Order and Expedited Briefing Schedule, review Memorandum of Law and review pleadings in file | 1.30 |
| 05/14/2010 | EBJ | Receipt and study of correspondence from Christy, preparation of response | 0.20 |
| 05/14/2010 | SDA | Telephone conference with Stephanie Deutsch regarding retention by Stevens | 0.20 |
| 05/17/2010 | EBJ | Receipt and review of Plaintiff's Notice of Compliance with Court Orders | 0.10 |
| 05/19/2010 | EBJ | Receipt and review of Plaintiff's Corporate Disclosure Statement | 0.10 |
| 05/19/2010 | EBJ | Receipt and review correspondence from Charlie Hawkins and response to same | 0.20 |
| 05/19/2010 | EBJ | Receipt and review correspondence from Harriet Lewis | 0.10 |
| 05/20/2010 | EBJ | Receipt and study of correspondence from Charlie Hawkins and Co-Defendant's attorney, review Court Orders and rules, prepare response to Mr. Hawkins | 0.40 |
| 05/20/2010 | EBJ | Receipt and study of correspondence from Christina Klein and Charlie Hawkins, response to correspondence | 0.30 |
| 05/21/2010 | EBJ | Receipt and review of Notice of Appearance by Harriet Lewis | 0.10 |
| 05/24/2010 | EBJ | Receipt and review of Motion to Appear Pro Hac Vice and Memorandum of Law in Support and proposed Order on same | 0.10 |
| 05/24/2010 | SDA | Prepare for and attend scheduling conference with all counsel | 0.60 |
| 05/24/2010 | SDA | Preparation of Joint Scheduling Report | 0.50 |
| 05/24/2010 | SDA | Receipt and review of correspondence from Harriet Lewis with proposed changes; incorporate same into report | 0.20 |
| 05/24/2010 | SDA | Receipt and review of correspondence from C. Hawkins with proposed changes; incorporate same into report | 0.20 |
| 05/24/2010 | SDA | Receipt and review of correspondence from Rosenthal with proposed changes; incorporate same into report | 0.30 |
| 05/25/2010 | EBJ | Receipt and review of Motion to Appear Pro Hac Vice | 0.10 |
| 05/25/2010 | EBJ | Receipt and review of Court's Order granting Motion to Appear Pro Hac Vice | 0.10 |
| 05/25/2010 | EBJ | Attendance at Scheduling Conference, conferences with Co-Defendant and Plaintiff's attorneys | 2.50 |
| 05/26/2010 | EBJ | Receipt and review of Joint Notice Pursuant to Court Order | 0.10 |
| 05/26/2010 | EBJ | Receipt and review of Defendant, Wetherington's, Notice of Filing Exhibits to First Amended Complaint | 0.20 |
| 05/26/2010 | EBJ | Receipt and review of Court's Scheduling Order | 0.10 |
| 05/26/2010 | EBJ | Receipt and review of Court's Order Requiring Mediation | 0.10 |

| 05/26/2010 | EBJ | Receipt and review of Plaintiff's Notice of Filing Affidavit of Lynn Cooper | 0.10 |
| 05/26/2010 | SDA | Receipt and review of correspondence from Hawkins regarding meeting and hearing on Friday, 5/28 | 0.10 |
| 05/26/2010 | SDA | Letter to Hawkins confirming meeting | 0.10 |
| 05/27/2010 | EBJ | Receipt and study of Wetherington's Opposition to Plaintiff's Motion for Injunction, review Defendant, Stevens', Response to Motion, review Plaintiff's Memorandum of Law and Plaintiff's Opposition to Wetherington's Motion to Dismiss for Lack of Jurisdiction, conference with Co-Defendant's attorney, Harriet Lewis, concerning upcoming hearings | 1.50 |
| 05/27/2010 | EBJ | Receipt and study of emails from Charlie Hawkins, prepare response | 0.20 |
| 05/27/2010 | EBJ | Receipt and review of Defendant, Stevens', Motion to Dismiss for Lack of Personal Jurisdiction | 0.40 |
| 05/28/2010 | EBJ | Receipt and review of Notice of Appearance on behalf of Plaintiff by attorney, Myles Malman | 0.10 |
| 05/28/2010 | EBJ | Receipt and review of Motion for Limited Appearance | 0.10 |
| 05/28/2010 | EBJ | Receipt and review of Court's Order granting Motion for Limited Appearance | 0.10 |
| 05/28/2010 | SDA | Review supplemental affidavits and documents; assemble materials for hearing | 1.10 |
| 05/28/2010 | SDA | Conference with Charlie Hawkins, travel to and attend hearing on Motion to Transfer Venue and for Preliminary Injunction | 4.90 |

Total Professional Services: $7,385.00

| Johnson, E. Bruce | 12.00 | 350.00 | $4,200.00 |
| Alexander, Scott D | 9.10 | 350.00 | $3,185.00 |

**DISBURSEMENTS**

| 05|11|2010 | Facsimile charges | 6.00 |
| 05|12|2010 | Courier Service to Courthouse | 5.00 |
| 05|12|2010 | Facsimile charges | 6.00 |
| 05|31|2010 | Photocopying Summary | 406.35 |
| 05|31|2010 | PACER Research | 18.00 |

|  | |
|---|---|
| Total Expenses Advanced: | $441.35 |

| | |
|---|---|
| Photocopies | $406.35 |
| Courier Service | $5.00 |
| Fax Transmission | $12.00 |
| PACER Research | $18.00 |

**Summary:**

| | |
|---|---|
| Net Balance Forward | $0.00 |
| Total professional services | $7,385.00 |
| Total expenses incurred | +$441.35 |
| Total Amount Billed | $7,826.35 |
| Less Pre-Paid Applied | $0.00 |
| **Please Pay this Amount** | **$7,826.35** |

# Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.

2455 E. Sunrise Blvd.
Suite #1000
Fort Lauderdale, Florida 33304
Tax I.D.#: 65-0220140

June 23, 2010

Billed Through    06/23/2010

Invoice    36755    /    EBJ    30154    30154

Charlie Hawkins, Esquire
Troutman Sanders LLP
600 Peachtree Street
NE Suite 5200
Atlanta, GA  30308

**FINAL**

**Regarding:**
AmeriPath, Inc. vs. Dr. Robert Weatherington, Christian Stevens and Does 1-10

## FOR PROFESSIONAL SERVICES RENDERED:

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/02/2010 | EBJ | Receipt and review of Civil Minutes from Motion Hearing | 0.10 |
| 06/07/2010 | EBJ | Receipt and review of Plaintiff's Motion for Leave to File Supplemental Brief | 0.10 |
| 06/07/2010 | EBJ | Receipt and review of Plaintiff's Supplemental Brief on First Filed Rule | 0.30 |
| 06/08/2010 | EBJ | Telephone conference with Plaintiff's attorney, John Rosenthal, discussed potential mediators and telephone message to Charlie Hawkins | 0.20 |
| 06/08/2010 | EBJ | Telephone conference with Charles Hawkins concerning appointment of mediator, conference with Plaintiff's attorney to suggest Charles Tetunic and Rodney Romano | 0.30 |
| 06/08/2010 | SDA | Telephone conference with Harriet Lewis regarding selection of mediator; memo to file | 0.20 |
| 06/08/2010 | SDA | Letter to Charles Hawkins regarding selection of a mediator | 0.10 |
| 06/08/2010 | SDA | Telephone conference with Jonathan Rosenthal regarding suggestion of four additional mediators | 0.20 |
| 06/09/2010 | EBJ | Receipt and review of Notice of Selection of Mediator | 0.10 |
| 06/09/2010 | EBJ | Telephone conference with Plaintiff's attorney, preparation of email concerning selection of mediators | 0.20 |
| 06/10/2010 | EBJ | Receipt and review e-mail correspondence from Charlie Hawkins regarding Order to Stay Action | 0.10 |
| 06/10/2010 | EBJ | Receipt and review of Court's Order Staying Action | 0.10 |

| 06/11/2010 | EBJ | Receipt and study of correspondence from Charlie Hawkins and Harriet Lewis | | | 0.20 |
| 06/22/2010 | EBJ | Correspondence with Mr. Hawkins | | | 0.10 |

|  | | Total Professional Services: | | | $805.00 |
|  | Johnson, E. Bruce | | 1.80 | 350.00 | $630.00 |
|  | Alexander, Scott D | | 0.50 | 350.00 | $175.00 |

**DISBURSEMENTS**

| 06|04|2010 | Scott Alexander; Invoice # 05/28/2010; Parking Charges at USDC for Hearing | 18.00 |
| 06|23|2010 | Photocopying Summary | 10.50 |
| 06|23|2010 | Postage Summary | 0.44 |

|  | Total Expenses Advanced: | $28.94 |

|  | Photocopies | $10.50 |
|  | Postage | $0.44 |
|  | Parking Charges | $18.00 |

**Summary:**

| Net Balance Forward | $7,826.35 |
| Total professional services | $805.00 |
| Total expenses incurred | +$28.94 |
| Total Amount Billed | $833.94 |
| Less Trust Funds Applied | $5,000.00 |
| **Please Pay this Amount** | $3,660.29 |